IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-728 |
| | ) |
| $6,020.00 IN UNITED STATES CURRENCY, | ) |
| | ) |
| Defendant. | ) |

ORDER

AND NOW, this 22nd day of Sept, 2006, it is hereby,

ORDERED, ADJUDGED and DECREED that the Order at the above-captioned case staying all civil forfeiture proceedings be, and hereby is, lifted.

_____ J.