IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-728 |
| | ) |
| $6,020.00 IN UNITED STATES CURRENCY, | ) |
| | ) |
| Defendant. | ) |

JUDGMENT AND FINAL ORDER OF FORFEITURE

AND NOW, this 22nd day of Jan , 2007, it is hereby ORDERED, ADJUDGED, and DECREED that $6,020.00 in United States Currency be, and hereby is, forfeited to the United States of America free and clear of all right, title and interest of any person or entity.

_____
J.